# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARL SOMERLOCK,<br><br>Defendant. | CRIMINAL NO. ELH-19-369 |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Maryland hereby moves to dismiss the Indictment pending in Criminal No. ELH-19-369 pursuant to the Deferred Prosecution Agreement ("DPA") between the parties.

Erek L. Barron,
United States Attorney

By  _____/s/_____
Patricia McLane
Brandon Moore
Assistant United States Attorneys

Leave of Court is granted for the filing of the foregoing dismissal.

June 20, 2023
Date

Honorable Ellen L. Hollander
United States District Court Judge

**Advice to U.S. Marshal:**
(Check one)

_x_ 1. Defendant is not in custody.
___ 2. Defendant is in custody and the USAO believes that:
   ___ a. there is no reason to hold Defendant further.
   ___ b. Defendant should be held in Federal custody as he is being held on another Federal case, specifically, JKB-19-0036.
   ___ c. Defendant should be transferred to custody. (**explain below).
___ 3. Defendant is deceased.